UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER HUGHES,

    Defendant.

Case No. 25-CR- **25-CR-232**

[18 U.S.C. §§ 2261A(2)(B) & 2261(b)]

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

From on or about January 1, 2019, through on or about August 1, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**PETER HUGHES**

knowingly and with the intent to injure, harass, and intimidate another person, namely, H.M.S., used the mail, an interactive computer service, an electronic communication service, and a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to H.M.S.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

A TRUE BILL:

FOREPERSON
Dated: 12/2/25

BRAD D. SCHIMEL
United States Attorney