
CLERK'S OFFICE
A TRUE COPY
Dec 05, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                                       Case No. 25-CR-232

PETER K. HUGHES,

            Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at Stanley Correctional Institution, for the following judicial proceeding:

| | |
|---|---|
| Defendant: | PETER K. HUGHES, DOC#: 00595287; DOB: XX/XX/1995 |
| Proceeding: | Arraignment/Initial Appearance |
| Date/Time: | **December 22, 2025, at 11:00 A.M.** |
| Before: | United States Magistrate Judge William E. Duffin |
| | 517 E. Wisconsin Avenue, Room 242 |
| | Milwaukee, Wisconsin |

Respectfully submitted this 5th day of December, 2025.

                                        BRAD D. SCHIMEL
                                        United States Attorney

                                        *s/ Megan J. Thomas*

                                        _____
                                        MEGAN J. THOMAS
                                        Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this __5th__ day of December, 2025.

                                        _____
                                        WILLIAM E. DUFFIN
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                  Case No. 25-CR-232

PETER K. HUGHES,

        Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To: **WARDEN OR SUPERINTENDENT, STANLEY CORRECTIONAL INSTITUTION OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

    It is HEREBY ORDERED that you have Peter Hughes, DOC#: 00595287; DOB: 1/5/1995 now detained at Stanley Correctional Institution, produced under safe and secure conduct, to the Honorable William E. Duffin, United States Courthouse, 517 East Wisconsin Avenue, Room 242, Milwaukee, Wisconsin, commencing on December 22, 2025 at 11:00 A.M. for the purpose of a/an Arraignment/Initial Appearance.

    It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

    WITNESS, The Honorable William E. Duffin, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this __5th__ day of December, 2025.



                LINDA M. FLIMM
                Clerk of Court

BY:   /s/B. Young
                Deputy Clerk