UNITED STATES OF AMERICA,

       *Plaintiff,*

       *vs.*                             Case No. 25-cr-232

PETER HUGHES,

       *Defendant.*

## JOINT MOTION TO SET A TRIAL DATE

Peter Hughes, by undersigned counsel, hereby requests the Court set a trial date in this case. In support thereof, counsel states the following:

1. On December 2, 2025, the government filed an indictment charging Mr. Hughes with one count of cyberstalking in violation of 18 U.S.C. § 2261(A)(2)(B). ECF No. 1. No pretrial motions were filed and on January 28, 2026, this case was no longer referred to Magistrate Judge Nancy Joseph. Trial was eventually set for March 9, 2026. *See* ECF No. 11.

2. An unopposed Motion to Adjourn the Plea Agreement Filing Deadline filed by the defense was granted on February 17, 2026. ECF No 12. The deadline was adjourned again on March 26, 2026, with the Court indicating that no further extensions of the deadline will be granted.

3. On May 12, 2026, the parties conferred and agreed that this case was in a trial posture. The parties agreed that the length of the trial will be no longer than three days. Furthermore, the government confirmed that the alleged victim currently resides

overseas, therefore more time than usual will be necessary to secure her appearance at trial.

4. The parties are respectfully requesting the following dates for trial:

- September 14, 2026 – September 16, 2026

- September 21, 2026 – September 23, 2026

5. Assistant United States Attorney Megan J. Thomas joins in this request.

For the reasons set forth above, the parties respectfully request the Court set a trial date at this time. The parties further request that the Court exclude time under the Speedy Trial Act.

Dated at Milwaukee, Wisconsin, this 12th day of May, 2026.

Respectfully submitted,

/s/  *Ramuel R. Figueroa*
Ramuel R. Figueroa, WI Bar #1115775
Federal Defender Services
  of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: ramuel_figueroa@fd.org

*Counsel for Defendant,* Peter Hughes

2